AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| HUGO BASTAN AND DRAGADOS Y MANIOBRAS MARITIMAS DE TUXPAN, S.A. DE C.V. <br><br> *Plaintiff(s)* <br> v. <br> THE CONTINENTAL INSURANCE COMPANY, RSG SPECIALTY, LLC (f/k/a RT SPECIALTY, LLC), SALIKHA BERKOVICH, Individually <br><br> *Defendant(s)* | Civil Action No. CIVIL ACTION 1:21-cv-00013 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  The Continental Insurance Company, by serving its registered agent:
CT Corporation
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dennis Sanchez
Sanchez Whittington Wood & Orozco, LLC
3505 Boca Chica Blvd. Suite 100
Brownsville, Texas 78521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*Nathan Ochsner, Clerk of Court*

Date: February 2, 2021

 *s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIVIL ACTION 1:21-cv-00013

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| HUGO BASTAN AND DRAGADOS Y MANIOBRAS MARITIMAS DE TUXPAN, S.A. DE C.V.<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY, RSG SPECIALTY, LLC (f/k/a RT SPECIALTY, LLC), SALIKHA BERKOVICH, Individually<br><br>*Defendant(s)* | Civil Action No. CIVIL ACTION 1:21-cv-00013 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* RT Specialty, LLC, by serving its registered agent:
CT Corporation
1999 Bryan Street, Suite 900
Dallas, Texas 75201

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis Sanchez
Sanchez Whittington Wood & Orozco, LLC
3505 Boca Chica Blvd. Suite 100
Brownsville, Texas 78521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 2, 2021

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CIVIL ACTION 1:21-cv-00013

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| HUGO BASTAN AND DRAGADOS Y MANIOBRAS MARITIMAS DE TUXPAN, S.A. DE C.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CONTINENTAL INSURANCE COMPANY, RSG SPECIALTY, LLC (f/k/a RT SPECIALTY, LLC), SALIKHA BERKOVICH, Individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CIVIL ACTION 1:21-cv-00013 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* Thomas Pepper
820 Gessner Road, Suite 1805
Houston, Texas 77024-4274

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis Sanchez
Sanchez Whittington Wood & Orozco, LLC
3505 Boca Chica Blvd. Suite 100
Brownsville, Texas 78521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 2, 2021

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIVIL ACTION 1:21-cv-00013

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | | |
|---|---|---|
| HUGO BASTAN AND DRAGADOS Y MANIOBRAS MARITIMAS DE TUXPAN, S.A. DE C.V. *Plaintiff(s)* v. THE CONTINENTAL INSURANCE COMPANY, RSG SPECIALTY, LLC (f/k/a RT SPECIALTY, LLC), SALIKHA BERKOVICH, Individually *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No.  CIVIL ACTION 1:21-cv-00013 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Salikah Berkovich, Individually and doing business as
ABA Insurance Agency and Biz Action Insurance Agency
16-00 Route 208 South, Suite 103
Fair Lawn, New Jersey 07410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dennis Sanchez
Sanchez Whittington Wood & Orozco, LLC
3505 Boca Chica Blvd. Suite 100
Brownsville, Texas 78521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 2, 2021

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. CIVIL ACTION 1:21-cv-00013

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Texas

| | |
|---|---|
| HUGO BASTAN AND DRAGADOS Y MANIOBRAS MARITIMAS DE TUXPAN, S.A. DE C.V.<br><br>*Plaintiff(s)*<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY, RSG SPECIALTY, LLC (f/k/a RT SPECIALTY, LLC), SALIKHA BERKOVICH, Individually<br><br>*Defendant(s)* | Civil Action No. CIVIL ACTION 1:21-cv-00013 |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Underwriting Enterprises, Inc., by serving its registered agent
John B. Uhr
30-04 Broadway
Fair Lawn, New Jersey 07410


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Dennis Sanchez
Sanchez Whittington Wood & Orozco, LLC
3505 Boca Chica Blvd. Suite 100
Brownsville, Texas 78521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 2, 2021

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CIVIL ACTION 1:21-cv-00013

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| | | |
|---|---|---|
| HUGO BASTAN AND DRAGADOS Y MANIOBRAS MARITIMAS DE TUXPAN, S.A. DE C.V. <br><br> *Plaintiff(s)* <br><br> v. <br><br> THE CONTINENTAL INSURANCE COMPANY, RSG SPECIALTY, LLC (f/k/a RT SPECIALTY, LLC), SALIKHA BERKOVICH, Individually <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. CIVIL ACTION 1:21-cv-00013 |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)* John Brendan Uhr
13-331 River Road
Fair Lawn, New Jersey 07410

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Dennis Sanchez
Sanchez Whittington Wood & Orozco, LLC
3505 Boca Chica Blvd. Suite 100
Brownsville, Texas 78521

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*Nathan Ochsner, Clerk of Court*

Date: February 2, 2021

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. CIVIL ACTION 1:21-cv-00013

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: